■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO DeLEON, Appellant. [619 NYS2d 536] —Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered June 26, 1992, convicting defendant, after jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 12½ to 25 years, unanimously modified, to reduce the defendant's sentence to concurrent terms of 4½ to 9 years, and otherwise affirmed.

Given all of the facts and circumstances involved here, we find that the defendant's sentence of concurrent terms of 12½ to 25 years, the maximum permitted by law, was excessive and unduly harsh *(People v Acosta,* 180 AD2d 505, *lv denied* 80 NY2d 827), and we reduce it to concurrent terms of 4½ to 9 years.

We have considered the other contentions of the defendant and find that they do not warrant reversal. Concur—Carro, J. P., Rosenberger, Ellerin, Nardelli and Tom, JJ.